UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>MERCHANTS ACCEPTANCE CORP. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | NO. 2:17-cv-01901 RSM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

**IT IS STIPULATED AND AGREED**, by the undersigned attorneys for plaintiff KATHRYN BLACK and defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), that Experian's time to answer or otherwise respond to the Complaint shall be extended from December 27, 2017 to January 22, 2018.

Dated: December 26, 2017

REZNIK LAW OFFICE, P.C

By: *Jonathan Baner*_____
Jonathan Baner, WSBA No. 43612
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (212) 537-9276
Email: jonathan@banerbaner.com

Attorney for Plaintiff

STOEL RIVES LLP

By: *s/ Rachel D. Groshong*_____
Rachel D. Groshong, WSBA No. 47021
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
rachel.groshong@stoel.com

Attorney for Defendant Experian Information Solutions, Inc.

STIPULATION AND ORDER FOR EXTENSION OF TIME - 1
(Case No. 2:17-cv-1901 RSM)

IT IS SO ORDERED.

Dated January 2, 2018.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME - 2
(Case No. 2:17-cv-1901 RSM)